UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: THE KLEIN LAW GROUP, P.C.

ADAN MOLINA AND ROBERTO MOLINA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED

Plaintiff(s)

Index # 1:19-CV-01425-ENV-LB

- against -

Purchased March 13, 2019

JOHN A. TAPPER, INDIVIDUALLY, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 1, 2019 at 10:00 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT on UNITED T LLC D/B/A THE GARDEN therein named,

**SECRETARY OF STATE** a Domestic LIMITED LIABILITY COMPANY by delivering two true copies to SUE ZOUKY, LEGAL CLERK personally, deponent knew said LIMITED LIABILITY COMPANY so served to be the LIMITED LIABILITY COMPANY described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 55 | 5'1 | 150 |

Sworn to me on: April 3, 2019

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6176241
Qualified in New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2023

STEVEN C. AVERY

Invoice #: 715522

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK     Attorney: THE KLEIN LAW GROUP, P.C.

ADAN MOLINA AND ROBERTO MOLINA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED

                                       Plaintiff(s)

                - against -

JOHN A. TAPPER, INDIVIDUALLY, ETAL

                                      Defendant(s)

Index # 1:19-CV-01425-ENV-LB

Purchased March 13, 2019

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 1, 2019 at 10:00 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT on THE EPICUREAN GARDEN LLC D/B/A THE GARDEN therein named,

**SECRETARY OF STATE**    a Domestic LIMITED LIABILITY COMPANY by delivering two true copies to SUE ZOUKY, LEGAL CLERK personally, deponent knew said LIMITED LIABILITY COMPANY so served to be the LIMITED LIABILITY COMPANY described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 55 | 5'1 | 150 |

Sworn to me on: April 3, 2019

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | **STEVEN C. AVERY** |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | |
| Qualified in New York County | Qualified in Queens County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 | Invoice #: 715520 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

| | |
|---|---|
| ADAN MOLINA AND ROBERTO MOLINA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED<br><br>Plaintiff(s)<br><br>- against -<br><br>JOHN A. TAPPER, INDIVIDUALLY, ETAL<br><br>Defendant(s) | Index # 1:19-CV-01425-ENV-LB<br><br>Purchased March 13, 2019<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 1, 2019 at 10:00 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT on J.J. TAPPER & CO., INC. D/B/A THE GARDEN therein named,

**SECRETARY OF STATE** a Domestic corporation by delivering two true copies to SUE ZOUKY, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 55 | 5'1 | 150 |

Sworn to me on: April 3, 2019

| JOSEPH KNIGHT<br>Notary Public, State of New York<br>No. 01KN6178241<br>Qualified in New York County<br>Commission Expires November 26, 2019 | RALPH J MULLEN<br>Notary Public, State of New York<br>No. 01MU6238632<br>Qualified in Queens County<br>Commission Expires April 11, 2023 | VINETTA BREWER<br>Notary Public, State of New York<br>No. 4949206<br>Qualified in Bronx County<br>Commission Expires April 3, 2023 | **STEVEN C. AVERY**<br><br>Invoice #: 715523 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045