UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TEODORO JOSE GUZMAN, on behalf of himself, and others similarly situated

       Plaintiff,

  -against-

J.J. TAPPER & CO., INC., *dba* THE GARDEN; THE EPICUREAN GARDEN, LLC *dba* THE GARDEN; UNITED T LLC *dba* THE GARDEN, *or any other business entity doing business as* "THE GARDEN", located at 917-921 Manhattan Avenue, Brooklyn, NY 11222; and JOHN A. TAPPER, and ELIZABETH TAPPER, individually,

       Defendants.

Case No.: 19-cv-670 (DLI) (SJB)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that Michael Taubenfeld, attorney for the law firm Fisher Taubenfeld LLP, hereby appears in the above-captioned action on behalf of Defendants and demands that all papers in this action be served upon the undersigned at the address stated below.

DATED: March 5, 2019
       New York, New York

                                      Respectfully submitted,

                                      _____/s/_____
                                      Michael Taubenfeld, Esq.
                                      FISHER TAUBENFELD LLP
                                      225 Broadway, Suite 1700
                                      New York, New York 10007
                                      Tel.: (212) 571-0700
                                      Fax: (212) 505-2001
                                      michael@fishertaubenfeld.com