FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

August 19, 2019

**VIA ELECTRONIC CASE FILING**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Molina, *et al.* v. John A. Tapper. *et. al.*
Case No.: 19-cv-1425 (ENV)(LB)

Dear Judge Bloom:

This firm represents Defendants in the above-referenced matter. We write in accordance with the Court's June 10, 2019 order to advise regarding the status of the parties' settlement discussions.

The parties have not settled this matter but have discussed scheduling a joint mediation with the parties in a parallel case Guzman v. J.J. Tapper & Co., Inc. *et. al.*, EDNY Case No.: 19-cv-670 (DLI)(SJB), a case involving virtually the same Defendants (whom I also represent) and claims. Guzman has also been referred to mediation by Judge Bulsara, and the parties in Guzman attended a mediation session earlier this month. The parties in Guzman anticipate scheduling a second mediation date in late September and all parties in both Guzman and this case, as well as the mediator in Guzman, believe that it would be beneficial to hold a joint mediation in both cases. The parties therefore expect to do so by the end of September.

The parties in both cases have also discussed moving to consolidate the two cases but have not yet decided whether to do so. Should the mediation be unsuccessful the parties will promptly advise the Court whether they intend to move to consolidate and will provide the Court with a briefing schedule for the motion, should it be opposed.

We greatly appreciate the Court's attention to this matter.

Respectfully Submitted,

--------------/s/------------
Michael Taubenfeld

Cc: Plaintiffs' Counsel (by ECF)
 Plaintiffs' Counsel in Guzman v. J.J. Tapper & Co., Inc.*et. al.* (by email)