# THE KLEIN LAW GROUP, P.C.

KLEIN, KLEIN, TILLES & RUMACK
39 BROADWAY
SUITE 1530
NEW YORK, NY 10006
Phone: 212-344-9022
Fax: 212-344-0301

www.thekleinlawgroup.com

SUSAN KLEIN
DAVID KLEIN
LESLIE TILLES*
DARREN P.B. RUMACK*†※

XIAN-MING LEI†
STEVEN G. DAVIS
MATTHEW LEVINE

*Member N.Y. & N.J. Bar
†Southern District of New York and the Eastern District of New York
※Also Admittied in District of Columbia

September 23, 2019

Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:  Molina et al v. Tapper et al.**
      **19-cv-1425 (ENV)(LB)**

Your Honor:

This firm serves as counsel to Plaintiffs in the above matter. Pursuant to your order dated August 20, 2019, I was informed by counsel for Defendants, and counsel for Plaintiff in the parallel case that they had again mediated without success, and do not intend to seek to consolidate cases at this time.

As a result, we request this case be referred to mediation again. Plaintiffs are amenable to using the same mediator as on the parallel case to the extent it is feasible, given his knowledge of several of the issues in this matter.

We thank the Court for its assistance in this matter.

Sincerely,

Darren Rumack

c.c.  Michael Taubenfeld (via ECF)
      Attorney for Defendants