UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
ADAN MOLINA and ROBERTO MOLINA, Individually and
on behalf of others similarly situated,

                        Plaintiffs,

                                                             19-cv-01425-ENV-LB

                                                             **NOTICE OF APPEARANCE**

       -against-

JOHN A. TAPPER, Individually and J.J. TAPPER & CO.,
INC., d/b/a THE GARDEN; UNITED T LLC d/b/a THE
GARDEN; THE EPICUREAN GARDEN LLC d/b/a THE
GARDEN,

                        Defendants.
-------------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE THAT,** I, Stephen D. Hans, of the law firm of Stephen D. Hans & Associates, P.C., hereby appear as lead counsel for the defendant UNITED T LLC *dba* THE GARDEN in the above-captioned action.  I certify that I am admitted to practice before this Court.

Dated:  Long Island City, New York
            November 8, 2019

                                                      STEPHEN D. HANS & ASSOCIATES, P.C.

                                         By**:**   **/s/Stephen D. Hans**
                                              Stephen D. Hans (SH-0798)
                                              45-18 Court Square, Suite 403
                                              Long Island City, New York 11101
                                              Tel: 718.275.6700 x 204
                                              Fax: 718.275.6704
                                              Email: shans@hansassociates.com