# THE KLEIN LAW GROUP, P.C.

KLEIN, KLEIN, TILLES & RUMACK
39 BROADWAY
SUITE 1530
NEW YORK, NY 10006
Phone: 212-344-9022
Fax: 212-344-0301

www.thekleinlawgroup.com

SUSAN KLEIN
DAVID KLEIN
LESLIE TILLES*
DARREN P.B. RUMACK*†※

XIAN-MING LEI†
STEVEN G. DAVIS
MATTHEW LEVINE
PETER VEKIARELIS

*Member N.Y. & N.J. Bar
†Southern District of New York and the Eastern District of New York
※Also Admitted in District of Columbia

December 4, 2019

Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:  Molina et al v. Tapper et al.**
     **19-cv-1425 (ENV)(LB)**

Your Honor:

This firm serves as counsel to Plaintiffs in the above matter. The parties have agreed to mediate the case with Mr. Ronald Kreismann; however, the soonest available date to the Court's January 10, 2020 mediation deadline is January 22, 2020.

Therefore, we respectfully the Court's permission to extend the first mediation deadline until January 22, 2020 – the parties have confirmed that date with Mr. Kreismann and are willing and able to mediate on that date.

We thank the Court for its assistance in this matter.

Sincerely,

Darren Rumack

c.c.   Stephen Hans
       Arthur Forman H. (via ECF)
       Attorney for Defendants